# Vedra Law LLC

## Timesheet Details

G-040/001 - Direct Recovery Services

From January 01, 2018 To December 31, 2018

Ex. A

**Logged Hours: 07:30**
(Includes time spent on Fixed Cost projects)

| Non-Billable Hours | Billed Hours | Unbilled Hours |
|---|---|---|
| 00:00 | 00:00 | 07:30 |
| $0.00 | $0.00 | $1,312.50 |

| | Customers | Task | Staff | Logged Hours | Status |
|---|---|---|---|---|---|
| **G-040/001 - Direct Recovery Services** | | | | 07:30 | |
| May 21, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 01:00 | Unbilled |
| Drafting FDCPA / CFDCPA complaint against Direct Recovery Services LLC. | | | | | |
| May 22, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 00:48 | Unbilled |
| Editing FDCPA / CFDCPA complaint. | | | | | |
| May 24, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 00:30 | Unbilled |
| Editing FDCPA / CFDCPA complaint. | | | | | |
| July 12, 2018 | Mr. Zach Gregory | Read and respond to e-mail | Kate Russell | 00:12 | Unbilled |
| Responding to client's email and providing him with an update on the case. | | | | | |
| July 16, 2018 | Mr. Zach Gregory | Read and respond to e-mail | Kate Russell | 00:12 | Unbilled |
| Responding to client's email and explaining the procedural process he can expect. | | | | | |
| August 01, 2018 | Mr. Zach Gregory | Call with client | Kate Russell | 00:06 | Unbilled |
| Calling CLERK (not client) to see if our scheduling conference can happen in Denver. | | | | | |
| August 10, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 01:06 | Unbilled |

| | Customers | Task | Staff | Logged Hours | Status |
|---|---|---|---|---|---|
| | | | | | |
| | Motion for Entry of Clerk's Default. | | | | |
| August 10, 2018 | Mr. Zach Gregory | Legal Research | Kate Russell | 00:18 | Unbilled |
| | Reviewing rules on time for an out-of-state defendant to answer a complaint. | | | | |
| August 13, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 00:36 | Unbilled |
| | Motion for Default Judgment | | | | |
| August 14, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 00:06 | Unbilled |
| | Compiling all necessary documents for motion for default judgment for Dan to review. | | | | |
| August 14, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 02:12 | Unbilled |
| | Motion for Default Judgment. | | | | |
| August 14, 2018 | Mr. Zach Gregory | Draft pleadings | Kate Russell | 00:24 | Unbilled |
| | Editing motion for default judgment per DJV edits. | | | | |